UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HANIE WALLER,**

Plaintiff,

v.                                                    **No. 4:23-cv-0204-P**

**BARRY JOHNSON, ET AL.,**

Defendants.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 8. The Magistrate Judge recommended that this case be dismissed without prejudice for want of prosecution in accordance with Federal Rule of Civil Procedure 41(b). *Id.* at 2.

Plaintiff neither filed objections nor appeared in this case. This Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, this Court **AFFIRMS** the Magistrate Judge's reasoning, and **ADOPTS** the findings and conclusion of the Magistrate Judge as the conclusions of the Court.

The Court therefore **ORDERS** that this case be **DISMISSED without prejudice** for want of prosecution. *See* FED. R. CIV. P. 41(b).

**SO ORDERED** on this **20th day of April 2023.**


**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE